UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Timothy Doyle Young, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07 1759 |
| ) | |
| BOP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court will allow the above-captioned action to be provisionally filed. Before the Court will consider the application to proceed *in forma pauperis* and the complaint, plaintiff must provide the following information to the Court.

In accordance with 28 U.S.C. § 1915, plaintiff shall provide the Court with a <u>certified</u> copy of the plaintiff's trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined.

The Court hereby advises plaintiff that federal law requires a plaintiff in a civil action to pay a filing fee of $350.00. After submission of the trust fund information, the Court will determine plaintiff's ability to pay the entire amount in one payment. If the Court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance

exceeds $10.00. Payments will continue until the filing fee is paid. Accordingly, it is by the Court this 20th day of September 2007,

ORDERED that within **thirty (30) days** from the filing date of this Order, plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

_____
United States District Judge