UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Timothy Doyle Young,            )
                                )
        Petitioner,             )
                                )
   v.                           )   Civil Action No. 07-1759
                                )
BOP,                            )   **FILED**
                                )
        Defendant.              )   NOV 15 2007
                                    CLERK, U.S. DISTRICT COURT
                                    DISTRICT OF COLUMBIA

TRANSFER ORDER

This matter is before the Court on petitioner's *pro se* petition for mandamus relief, accompanied by an application to proceed *in forma pauperis*. Petitioner is a prisoner at the United States Penitentiary in Florence, Colorado. He claims that prison officials are interfering with his right of access to the courts by "cut[ting] off [his] photocopying privileges," Compl. at 1, and refusing to provide certified copies of his inmate trust fund account so that he may comply with the filing fee requirements of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. Petitioner also claims these acts to be in retaliation for his pursuit of grievances.

Because the events giving rise to this action occurred in Colorado, this venue is not proper for litigating plaintiff's claim. *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where it could have been properly brought. Accordingly, it is this 9th day of November 2007,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the District of Colorado. The Clerk of this Court shall file

and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

                                                                                                 /s/ Ellen S. Huvelle
                                                                                               United States District Judge